UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2021 AUG 25 PM 3:55

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RYAN H. WOOD

Defendant.

CASE NO. 2:21-CR-105

JUDGE SARGUS

INFORMATION

26 U.S.C. § 7202

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1
### (26 U.S.C. § 7202 - Failure to Account for and Pay Over Withholding, F.I.C.A. (Social Security and Medicare Taxes)

On or about July 31, 2015, the defendant, **RYAN H. WOOD**, who conducted a business in Knox County in the Southern District of Ohio, as Wood and Sons Electric, LLC, an electrical contracting company, did willfully fail to truthfully account for and pay over to the Internal Revenue Service federal income taxes and F.I.C.A. taxes (which include Social Security tax and Medicare tax) that were withheld from the compensation of Wood and Sons Electric, LLC employees and that are due and owing to the United States of America for the second quarter of 2015 in the total amount of $165,592.56.

In violation of Title 26 United States Code, Section 7202.

### COUNT 2
### (26 U.S.C. § 7202 - Failure to Account for and Pay Over Withholding, F.I.C.A. (Social Security and Medicare Taxes)

On or about October 31, 2015, the defendant, **RYAN H. WOOD**, who conducted a business in Knox County in the Southern District of Ohio, as Wood and Sons Electric LLC, an electrical contracting company, did willfully fail to truthfully account for and pay over to the Internal

Revenue Service federal income taxes and F.I.C.A. taxes (which include Social Security tax and Medicare tax) that were withheld from the compensation of Wood and Sons Electric, LLC employees and that are due and owing to the United States of America for the third quarter of 2015 in the total amount of $63,277.46.

In violation of Title 26 United States Code, Section 7202.

VIPAL J. PATEL
ACTING UNITED STATES ATTORNEY

DAVID J. TWOMBLY (0092558)
Assistant United States Attorney

BRENDA S. SHOEMAKER (0041411)
Assistant United States Attorney