UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION
**PRESENTENCE REFERRAL**

| | |
|---|---|
| Judge | Judge Edmund A. Sargus, Jr. |
| AUSA: | David Twombly and Brenda Shoemaker |
| Dft Attorney: | Rocky Ratliff |
| Defendant: | Ryan H. Wood |
| Case Number: | 2:21-cr-165 |
| Offense: | Failure to account for and pay over withholding, F.I.C.A. |
| Count(s): | 1 and 2 |
| Conviction on: | [ ] Jury Verdict<br>[ ] Court Decision<br>[X] Guilty Plea at Arraignment<br>[ ] Change of Plea to Guilty |
| Custody Status | [ ] Federal<br>[ ] State<br>[X] Bond<br>[ ] Other |

Date: 9/16/2021

Signed: _*s/ Christin Werner*_
Christin Werner/ Deputy Clerk