# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**          **NOTICE**

v.          Case No. 2:21-cr-165

         **Judge Edmund A. Sargus, Jr**

**RYAN WOOD,**

        **Defendant.**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:   United States District Court          **GoToMeeting**
        Joseph P. Kinneary U.S. Courthouse
        85 Marconi Boulevard          **January 4, 2022 at 11:00 a.m.**
        Columbus, Ohio 43215

TYPE OF PROCEEDING: **Motion Hearing**

If Defendant is on bond, it is the responsibility of counsel to notify the defendant of the hearing, date, location and time.

        **EDMUND A. SARGUS, JR.**
        **UNITED STATES DISTRICT JUDGE**

DATE:   December 15, 2021

        /s/   Christin M. Werner
        (By) Christin M. Werner, Deputy Clerk