**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**                                         **Case No. 2:21-cr-165**
                                                          **JUDGE EDMUND A. SARGUS, JR.**

      v.

**RYAN H. WOOD,**

      **Defendant.**

## ORDER

This case came before the Court for a motion hearing on December 4, 2022, to discuss several pending motions.  For the reasons stated in the hearing, Defendant's Motion to Withdraw Plea of Guilty (ECF No. 17) is **DENIED**, Defendant's Motion to Amend and Supplement Pleadings (ECF No. 22) is **DENIED as MOOT**, and Defendant's Motion to Withdraw J.C. Ratliff as Attorney (ECF No. 18) and Motion for Extension of Time to File the Presentence Investigation Report (ECF No. 19) are **GRANTED**. The Presentence Investigation Report is now due on February 8, 2022. Following an extended colloquy with the defendant, the Court grants Defendant's request to represent himself, finding that he has made such request knowingly and voluntarily.

      **IT IS SO ORDERED.**

**1/5/2022**                                                 **s/Edmund A. Sargus, Jr.**
**DATE**                                                   **EDMUND A. SARGUS, JR.**
                                                        **UNITED STATES DISTRICT JUDGE**